IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULY BUSINESS SERVICES, INC. | § | |
| | § | |
| V. | § | CIVIL CASE NO. 2:11CV256 |
| | § | |
| KARL V. STEIN | § | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff provides this disclosure statement. July Business Services, Inc., has no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Dated this 2nd day of August, 2011

            Respectfully submitted,

            ___/s/ *Marcus J. Brooks*_____
            Marcus J. Brooks
            State Bar No. 24040579
            Joe Rivera
            State Bar No. 24065981

            NAMAN, HOWELL, SMITH & LEE, PLLC
            400 Austin Avenue, Suite 800
            P.O. Box 1470
            Waco, Texas 76703-1470
            Phone: (254) 755-4100
            Fax: (254) 754-6331

            ATTORNEY FOR JULY BUSINESS SERVICES

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Rule 7.1 Disclosure Statement will be served on Defendant Karl Stein along with Plaintiff's Complaint.

_____/s/ *Marcus J. Brooks*_____
Marcus Brooks